FILED _____ _____ RECEIVED
ENTERED _____ _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 6 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )      2:11-CR-237-JCM (RJJ)<br>) |
| WUSTON ARELLANO-FLORES, a.k.a.<br>Antonio Arellano-Flores, | )<br>)<br>) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On October 17, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture as to WUSTON ARELLANO-FLORES, a.k.a. Antonio Arellano-Flores, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section and 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant WUSTON ARELLANO-FLORES to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant WUSTON ARELLANO-FLORES pled guilty. Docket #11, #26, #28, #29.

This Court finds the United States of America published the notice of the forfeiture as to Defendant WUSTON ARELLANO-FLORES in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 20, 2011, through November 18, 2011, notifying all parties of their right to petition the Court. #35.

On October 25, 2011, MICHAEL PACK was served by regular mail and certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #35, p. 2-9.

On November 18, 2011, The Corporation Company, Registered Agent for American National Property and Casualty Company ("ANPAC") was served by regular mail and certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #35, p. 10-17.

On November 18, 2011, Kattie Little, ANPAC (insurance adjuster) was served by regular mail and certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #35, p. 18-25.

On November 18, 2011, Janet A. Clark, President, ANPAC was served by regular mail and certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #35, p. 26-33.

On November 18, 2011, Ronald Koch, Treasurer, ANPAC was served by regular mail and certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #35, p. 34-41.

On November 2, 2011, Robert Joseph Campbell, Secretary, ANPA was served by regular mail and certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #35, p. 42-49.

On November 16, 2011, there was filed with the Court a Motion for Return of Property by Michael Pack (#30), which was later SEALED by the Court (#32). On February 22, 2012, Michael Pack withdrew this claim. #43. (On March 5, 2012, a signed version of Michael Pack's withdrawal of his claim was filed with the court. #44.)

On March 5, 2012, the United States Government filed a Motion to Dismiss the Claim of Michael Pack. #46.

On December 23, 2011, the Court entered a letter from American National Property and Casualty Companies, claiming ownership of the Ruger SR9, 9mm semi-automatic handgun bearing serial number 310-41273. #34.

On February 3, 2012, the Court entered a second letter from American National Property and Casualty Companies, claiming ownership of the Ruger SR9, 9mm semi-automatic handgun bearing serial number 310-41273. #39.

On March 5, 2012, the Petition, Stipulation for Return of Property and Order as to American National Property and Casualty Companies was filed. #45. On March 6, 2012, the Court entered the Order granting the Petition, Stipulation for Return of Property. #___.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2);Title 18, United States Code, Section and 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

(a)    a Ruger SR9, 9mm semi-automatic handgun bearing serial number 310-41273;

(b)    a Mossberg 12-gauge shotgun bearing serial number MV13966M;

(c)    a Remington .22 caliber rifle bearing serial number B2776291; and

(d)    any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

3