DANIEL G. BOGDEN
United States Attorney
MICHAEL A. HUMPHREYS
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6518
Facsimile: 702-388-6787
michael.humphreys@usdoj.gov

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

WUSTON ARELLANO FLORES,

    Defendant.

Case No. 2:11-CR-237-JCM-RJJ

## **ORDER**

On motion of the United States for dismissal of the claim/petition of Michael Pack for his failure to state a claim from which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as it relates to the seized and forfeited firearm identified as: a Ruger SR9 semi-automatic handgun bearing serial number 310-41273;

And it appearing to this Court that Michael Pack has voluntarily withdrawn his claim (Docket # 44) and has no legal and/or equitable interest in the firearm;

And it further appearing that the United States has completed all other processes, according to law as it relates to the afore-referenced firearm;

1     And it appearing, in all other respects, that the Government's motion to dismiss is
2 well-grounded in law and fact; now, therefore,
3     IT IS ORDERED ADJUDGED AND DECREED, that the United States' Motion
4 To Dismiss The Third-Party Petition/Claim of Michael Pack, is hereby GRANTED, with
5 prejudice; and that
6     to the extent applicable, each party shall bear its own fees and costs.

8 March __6__, 2012                           SO ORDERED:

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth A. Baechler-Warren, certify that the following individuals were served with a copy of the foregoing (proposed) Order on March 6, 2012, by the below identified method of service:

CM/ECF:

Anthony F. DeMartino
515 S. 7th Street
Las Vegas, NV 89101
Email: afdlaw@yahoo.com
Counsel to the Defendant Wuston Arellano-Flores

Monique N. Kirtley
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Monique_Kirtley@fd.org
Counsel to the Defendant Wuston Arellano-Flores

Regular First Class Postage:

Michael Pack
316 Hurst Green
Alvin, Tx 77511

/Elizabeth A. Baechler-Warren
ELIZABETH A. BAECHLER-WARREN
Forfeiture Support Associate Paralegal III